COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-07-427-CV

IN RE GAYLE E. COPPOCK RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relator’s petition for writ of habeas corpus, which this court is treating as a petition for writ of mandamus, and is of the opinion that relief should be denied.  Accordingly, relator’s petition is denied.

Relator shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL  A:  CAYCE, C.J.; LIVINGSTON and WALKER, JJ. 

DELIVERED:  January 4, 2008  

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.